AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Jane | 8th Circuit | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - active status | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
111 7th Avenue SE, Box 20
Cedar Rapids, Iowa 52401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern University School of Law | March 1-3, 2018 | Chicago, Illinois | Northwestern University School of Law, judge for moot court competition | hotel, food, transportation |
| 2. | New York University School of Law | March 25-27, 2018 | New York, New York | NYU School of Law, judge for moot court competition | hotel, food, transportation |
| 3. | Federal Judges Association | May 5-8, 2018 | Washington, DC | Board of Directors meeting | hotel, food, transportation |
| 4. | American Society of International Law | November 15-17, 2018 | Washington, DC | Annual meeting | hotel, food, transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust (H) | | | | | | | | | |
| 2. --Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 3. --shares in Cox-Kelly Farms (subchapter S corporation) | F | Dividend | O | W | | | | | |
| 4. --Fidelity Core Account | A | Interest | O | T | | | | | |
| 5. Illinois SURS-traditional benefit plan | A | Interest | J | T | | | | | |
| 6. U.S. Bank, cash accounts | A | Interest | O | T | | | | | |
| 7. ACE Limited | A | Dividend | J | T | | | | | |
| 8. Accenture | A | Dividend | K | T | | | | | |
| 9. Aetna US Healthcare | A | Dividend | | | Sold | 11/29/18 | J | D | |
| 10. Amphenol Corp. | A | Dividend | J | T | | | | | |
| 11. Apple Inc | A | Dividend | K | T | | | | | |
| 12. Berkshire Hathaway | | None | K | T | | | | | |
| 13. CSX Corp | A | Dividend | K | T | | | | | |
| 14. Diageo PLC (X) | A | Dividend | | | Sold | 06/13/18 | J | C | |
| 15. Dow Chemical | A | Dividend | J | T | | | | | |
| 16. Expedia Inc | A | Dividend | J | T | | | | | |
| 17. Exxon Mobil | A | Dividend | | | Sold | 12/20/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FDIC Insured Deposit, TD Ameritrade | A | Interest | | | Closed | 02/20/18 | K | | |
| 19. First Republic Bank | A | Dividend | J | T | | | | | |
| 20. Goldman Sachs | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 21. Google Inc. A | A | Dividend | J | T | | | | | |
| 22. Google Inc. C | A | Dividend | | | Sold | 12/20/18 | J | B | |
| 23. Iowa State Univ. Bond | A | Interest | K | T | | | | | |
| 24. Ishares MSCI | A | Dividend | J | T | | | | | |
| 25. Ishares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 26. Ishares Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 27. Ishares Emerging Markets | A | Dividend | J | T | | | | | |
| 28. Marriott International Note | A | Interest | K | T | | | | | |
| 29. Mastercard | A | Dividend | K | T | | | | | |
| 30. Nestle | A | Dividend | | | Sold | 06/13/18 | J | A | |
| 31. Nextera Energy | A | Dividend | K | T | | | | | |
| 32. Nike | A | Dividend | | | Sold | 06/13/18 | K | D | |
| 33. Northern Trust | A | Dividend | J | T | | | | | |
| 34. Skyworks Solutions | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TJX Companies | A | Dividend | K | T | | | | | |
| 36. United Tech Corp | A | Dividend | K | T | | | | | |
| 37. Univ of Iowa Bond | A | Interest | K | T | | | | | |
| 38. Vanguard CRSP -Grow | A | Dividend | | | Sold | 04/02/18 | J | B | |
| 39. Vanguard CRSP- Value | A | Dividend | K | T | | | | | |
| 40. Wyndham Worldwide | A | Dividend | J | T | | | | | |
| 41. Des Moines IA Bond | A | Interest | J | T | | | | | |
| 42. Higher Dimension Research | | None | J | W | | | | | |
| 43. Arrow Electronics | A | Dividend | J | T | | | | | |
| 44. Cedar Rapids, Iowa bond | A | Interest | K | T | | | | | |
| 45. Comcast Corporation | A | Dividend | J | T | | | | | |
| 46. Council Bluffs, Iowa bond | A | Interest | | | Sold | 07/01/18 | J | A | |
| 47. Council Bluffs, Iowa bond | A | Interest | | | Sold | 07/01/18 | K | B | |
| 48. The Growth Fund of America | A | Dividend | J | T | | | | | |
| 49. The New Economy Fund | A | Dividend | J | T | | | | | |
| 50. The New Perspective Fund | A | Dividend | J | T | | | | | |
| 51. The SmallCap World Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of the West cash account | | None | K | T | | | | | |
| 53. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 54. Checkpoint Software | A | Dividend | J | T | | | | | |
| 55. Pfizer | A | Dividend | J | T | | | | | |
| 56. Abbott Labs | A | Dividend | K | T | | | | | |
| 57. Spirit Lake Comm. Schools | A | Dividend | J | T | | | | | |
| 58. Cedar Rapids Iowa | A | Interest | J | T | | | | | |
| 59. Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 60. Johnson and Johnson | A | Dividend | J | T | | | | | |
| 61. Alibaba Group Holding | A | Dividend | K | T | | | | | |
| 62. AECOM | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 63. Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 64. PayPal Holdings | A | Dividend | J | T | | | | | |
| 65. Sensata Technologies Holding | A | Dividend | J | T | | | | | |
| 66. Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 67. Volkswagen AG-ADR | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 68. SPDR S&P Biotech | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Highwoods Realty | A | Interest | K | T | | | | | |
| 70. University of Iowa Bond | A | Interest | J | T | | | | | |
| 71. Microsemi Corp | A | Dividend | | | Sold | 05/29/18 | K | C | |
| 72. International Business Machines | A | Dividend | J | T | | | | | |
| 73. Citgroup Inc | A | Dividend | J | T | | | | | |
| 74. Check Point Software Technologies | A | Dividend | J | T | | | | | |
| 75. BB&J Corporation | A | Dividend | J | T | | | | | |
| 76. SK Telecom Co | A | Dividend | J | T | | | | | |
| 77. Shire PLC | A | Dividend | J | T | | | | | |
| 78. Mondelez International | A | Dividend | J | T | | | | | |
| 79. Kinberly-Clark Corp | A | Dividend | | | Sold | 06/13/18 | J | A | |
| 80. Air Products and Chemicals | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 81. Anthem | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 82. Southwest Airlines | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 83. Valero Energy Corp | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 84. Aqua America Inc. | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 85. Bank of America | A | Dividend | J | T | Buy | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lam Research Group | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 87. Palo Alto Networks | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 88. CVS Health Corp | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 89. Adidas AG | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 90. Chevron Corp | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 91. Walgreens Boots Alliance Inc | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 92. Applied Materials | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 93. Constellation Brands | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 94. Schwab Value Advantage | A | Interest | K | T | Buy | 02/20/18 | K | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544